# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WHITE, TERRENCE M. | § | Case No. 12-50935 JPC |
| CAVAZOS, CHERIE C. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of Court
219 South Dearborn Street, 7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on November 13, 2014 in Courtroom 680, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of any order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/20/2014        By: Clerk of the U.S. Bankruptcy Court

*R. SCOTT ALSTERDA*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                         §
                               §
WHITE, TERRENCE M.             §      Case No. 12-50935 JPC
CAVAZOS, CHERIE C.             §
                               §
                               §
          Debtor(s)            §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 12,740.37 |
| and approved disbursements of | $ 134.95 |
| leaving a balance on hand of[1] | $ 12,605.42 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | PNC Mortgage | $ 151,424.61 | $ 151,424.61 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 12,605.42 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 2,024.04 | $ 0.00 | $ 2,024.04 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 1,699.50 | $ 0.00 | $ 1,699.50 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 7.24 | $ 0.00 | $ 7.24 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 472.40 | $ 0.00 | $ 472.40 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: Alan D. Lasko | $ 0.43 | $ 0.00 | $ 0.43 |
| Other: International Sureties, Ltd. | $ 10.22 | $ 10.22 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,203.61 |
| Remaining Balance | $ 8,401.81 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,146.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 7,730.42 | $ 0.00 | $ 1,847.96 |
| 000002 | FIA CARD SERVICES, N.A. | $ 14,105.86 | $ 0.00 | $ 3,372.01 |
| 000004 | GE Capital Retail Bank | $ 2,814.86 | $ 0.00 | $ 672.89 |
| 000005 | GE Capital Retail Bank | $ 253.18 | $ 0.00 | $ 60.52 |
| 000006 | Portfolio Recovery Associates, LLC | $ 10,242.34 | $ 0.00 | $ 2,448.43 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 8,401.81 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

R. SCOTT ALSTERDA
70 WEST MADISON STREET
SUITE 3500
CHICAGO, IL 60602-4283

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                      Case No. 12-50935-JPC
Terrence M White                                            Chapter 7
Cherie C Cavazos
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1           User: mmyers               Page 1 of 2          Date Rcvd: Oct 21, 2014
                               Form ID: pdf006            Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2014.
db/jdb         +Terrence M White,   Cherie C Cavazos,   16 Carol Ann Dr.,   Streamwood, IL 60107-6891
19872782      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,   Attention: Recovery Department,
                4161 Peidmont Pkwy.,   Greensboro, NC 27410)
19872781       +Bank Of America,   Attn: Bankruptcy NC4-105-0314,   Po Box 26012,   Greensboro, NC 27420-6012
19872791      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,
                Kansas City, MO 64195)
19872786       +Cap One,   Po Box 5253,   Carol Stream, IL 60197-5253
19872787       +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,
                Salt Lake City, UT 84130-0285
19872789       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
19872794       +Credit First/CFNA,   Bk13 Credit Operations,   Po Box 818011,   Cleveland, OH 44181-8011
19872796       +Dmccb/HSBC,   Hsbc Card Services,   Po Box 5246,   Carol Stream, IL 60197-5246
19872797        Dsnb Macys,   911 Duke Blvd,   Mason, OH 45040
20548501       +FIA CARD SERVICES, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
19872806       +Harris N.a.,   Bmo-Attention: Legal Service,   1100 W. Monroe 421 E,   Chicago, IL 60607-2507
19872809       +National City Bank,   1 Financial Pkwy,   Kalamazoo, MI 49009-8003
20569574       +PNC Mortgage,   a division of PNC Bank, NA,   attn: Bankruptcy,   3232 Newmark Dr.,
                Miamisburg, OH 45342-5421
20769333      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,
                Capital One, NA (HSBC Bank Nevada NA),   by PRA Receivables Mgmt, LLC, agent,   P.O. Box 41067,
                Norfolk, VA 23541)
19872812       +Pnc Mortgage,   6 N Main St,   Dayton, OH 45402-1908
19872814       +Rnb-fields3/Macy's,   Macy's Bankruptcy Department,   Po Box 8053,   Mason, OH 45040-8053
19872815       +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
19872816       +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
19872817       +Td Retail Card Service,   1000 Macarthur Bv,   Mahwah, NJ 07430-2035
19872818       +The Limited/WFNNB,   Wfnnb/Attn: Bankruptcy,   Po Box 182686,   Columbus, OH 43218-2686
19872819       +Ultra/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
19872821       +Victoria's Secret,   Attention: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
19872822       +Wells Fargo Hm Mortgag,   Po Box 10335,   Des Moines, IA 50306-0335
19872823        Wellsfargo,   Supreme Re Serving,   Urbandale, IA 50323
19872824       +Wfnnb/an Tlr,   Attention: Bankruptcy,   Po Box 182686,   Columbus, OH 43218-2686
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20428042        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 22 2014 01:21:24     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
19872795       +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 22 2014 01:21:24     Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
19872798       +E-mail/Text: ally@ebn.phinsolutions.com Oct 22 2014 01:17:18     G M A C,   P O Box 380901,
                Bloomington, MN 55438-0901
20640027        E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2014 01:23:07     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
19872804       +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2014 01:20:59     GEMB / Old Navy,
                Attention: GEMB,   Po Box 103104,   Roswell, GA 30076-9104
19872800       +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2014 01:20:59     Gecrb/amer Eagle Dc,
                Po Box 965005,   Orlando, FL 32896-5005
19872801       +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2014 01:22:08     Gecrb/brooks Bros Dc,
                P.o. Box 965005,   Orlando, FL 32896-5005
19872802       +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2014 01:23:07     Gecrb/gap,   Po Box 965005,
                Orlando, FL 32896-5005
19872805       +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2014 01:21:03     Gemb/gapdc,   Attn: bankruptcy,
                Po Box 103104,   Roswell, GA 30076-9104
19872807       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 22 2014 01:17:31     Kohls/capone,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
19872808       +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2014 01:20:59     Lowes / MBGA / GEMB,
                Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
19872780        E-mail/PDF: cbp@springleaf.com Oct 22 2014 11:26:00     American General Finan,
                Springleaf Financial/Attn: Bankruptcy De,   Po Box 3251,   Evansville, IN 47731
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19872784        Baxter Emply Cr Union
19872785        Baxter Emply Cr Union
19872803        Gecrb/lord & Tay
19872811        Nbgl Carsons
```

```
District/off: 0752-1           User: mmyers                Page 2 of 2                  Date Rcvd: Oct 21, 2014
                               Form ID: pdf006             Total Noticed: 38

19872783*       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,    Attention: Recovery Department,
                   4161 Peidmont Pkwy.,   Greensboro, NC 27410)
19872792*       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                  (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                   Kansas City, MO 64195)
19872793*       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                  (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                   Po Box 20363,   Kansas City, MO 64195)
19872788*        +Capital One, N.a.,   Capital One Bank (USA) N.A.,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
19872790*        +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19872799*        +G M A C,   P O Box 380901,    Bloomington, MN 55438-0901
19872810*        +National City Bank,   1 Financial Pkwy,    Kalamazoo, MI 49009-8003
19872813*        +Pnc Mortgage,   6 N Main St,    Dayton, OH 45402-1908
19872820*        +Ultra/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
                                                                                              TOTALS: 4, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2014 at the address(es) listed below:
              David H Cutler    on behalf of Debtor Terrence M White cutlerfilings@gmail.com
              David H Cutler    on behalf of Joint Debtor Cherie C Cavazos cutlerfilings@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R Scott Alsterda    on behalf of Trustee R Scott Alsterda rsalsterda@uhlaw.com,
               ralsterda@ecf.epiqsystems.com
              R Scott Alsterda    rsalsterda@uhlaw.com,    ralsterda@ecf.epiqsystems.com
              Toni   Dillon    on behalf of Creditor    PNC Bank, National Association tdillon@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 6
```