UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
WHITE, TERRENCE M. § Case No. 12-50935
CAVAZOS, CHERIE C. §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/R. SCOTT ALSTERDA_____
                                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America Attn: Bankruptcy NC4-105-0314 Po Box 26012 Greensboro, NC 27410 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris N.a. Bmo-Attention: Legal Service 1100 W. Monroe 421 E Chicago, IL 60603 | | | | | |
| | Pnc Mortgage 6 N Main St Dayton, OH 45402 | | | | | |
| 000003 | PNC MORTGAGE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA AS TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American General Finan Springleaf Financial/Attn: Bankruptcy De Po Box 3251 Evansville, IN 47731 |  |  |  |  |  |
|  | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 |  |  |  |  |  |
|  | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 |  |  |  |  |  |
|  | Baxter Emply Cr Union |  |  |  |  |  |
|  | Baxter Emply Cr Union |  |  |  |  |  |
|  | Cap One Po Box 5253 Carol Stream, IL 60197 |  |  |  |  |  |
|  | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 |  |  |  |  |  |
|  | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Citicorp Credit Services/Attn: Centraliz Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Credit First/CFNA Bk13 Credit Operations Po Box 818011 Cleveland, OH 44181 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Dmccb/HSBC Hsbc Card Services Po Box 5246 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dsnb Macys 911 Duke Blvd Mason, OH 45040 | | | | | |
| | G M A C P O Box 380901 Bloomington, MN 55438 | | | | | |
| | G M A C P O Box 380901 Bloomington, MN 55438 | | | | | |
| | GEMB / Old Navy Attention: GEMB Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gecrb/amer Eagle Dc Po Box 965005 Orlando, FL 32896 | | | | | |
| | Gecrb/brooks Bros Dc P.o. Box 965005 Orlando, FL 32896 | | | | | |
| | Gecrb/gap Po Box 965005 Orlando, FL 32896 | | | | | |
| | Gecrb/lord & Tay | | | | | |
| | Gemb/gapdc Attn: bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lowes / MBGA / GEMB Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | | | | |
| | National City Bank 1 Financial Pkwy Kalamazoo, MI 49009 | | | | | |
| | National City Bank 1 Financial Pkwy Kalamazoo, MI 49009 | | | | | |
| | Nbgl Carsons | | | | | |
| | Pnc Mortgage 6 N Main St Dayton, OH 45402 | | | | | |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Td Retail Card Service 1000 Macarthur Bv Mahwah, NJ 07430 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | The Limited/WFNNB Wfnnb/Attn: Bankruptcy Po Box 182686 Columbus, OH 43218 |  |  |  |  |  |
|  | Ultra/cbna Po Box 6497 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Ultra/cbna Po Box 6497 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Victoria's Secret Attention: Bankruptcy Po Box 182125 Columbus, OH 43218 |  |  |  |  |  |
|  | Wells Fargo Hm Mortgag Po Box 10335 Des Moines, IA 50306 |  |  |  |  |  |
|  | Wellsfargo Supreme Re Serving Urbandale, IA 50323 |  |  |  |  |  |
|  | Wfnnb/an Tlr Attention: Bankruptcy Po Box 182686 Columbus, OH 43218 |  |  |  |  |  |
| 000001 | DISCOVER BANK |  |  |  |  |  |
| 000002 | FIA CARD SERVICES, N.A. |  |  |  |  |  |
| 000004 | GE CAPITAL RETAIL BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | GE CAPITAL RETAIL BANK | | | | | |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-50935 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|---|
| Case Name: | WHITE, TERRENCE M. | | | Date Filed (f) or Converted (c): | 12/31/12 (f) |
| | CAVAZOS, CHERIE C. | | | 341(a) Meeting Date: | 02/21/13 |
| For Period Ending: | 12/01/14 | | | Claims Bar Date: | 07/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 16 Carol Ann Dr. Streamwood IL 60107. Valued via Z | 162,702.00 | 0.00 | | 0.00 | FA |
| 2. Chase Banking | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Chase Savings | 300.00 | 0.00 | | 0.00 | FA |
| 4. Various used household possessions | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. Family photos and used books | 50.00 | 0.00 | | 0.00 | FA |
| 6. Various used clothes | 400.00 | 0.00 | | 0.00 | FA |
| 7. two wedding rings and various costume jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. I set of used golf clubs | 100.00 | 0.00 | | 0.00 | FA |
| 9. 2 Term life Insurance policies, husband and daught | 0.00 | 0.00 | | 0.00 | FA |
| 10. Term life insurance. Wife is beneficary | 0.00 | 0.00 | | 0.00 | FA |
| 11. 401k American Funds | 16,000.00 | 0.00 | | 0.00 | FA |
| 12. 401k Wells Fargo | 2,500.00 | 0.00 | | 0.00 | FA |
| 13. Husbands parents died and he has a 1/16 interest i | 16,070.70 | 12,740.37 | | 12,740.37 | FA |
| 14. 1999 Saturn SL1. 110,000 miles Owns with Ex Husba | 433.00 | 0.00 | | 0.00 | FA |
| 15. 2010 Chevy Malibu LTZ 33,000 miles. Valued via KB | 14,188.00 | 0.00 | | 0.00 | FA |
| 16. 2003 Saturn Sedan L2000. 135,000 miles. Valued vi | 933.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $218,676.70 | $12,740.37 | | $12,740.37 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/03/14    Current Projected Date of Final Report (TFR): 10/15/14

LFORM1

Ver: 18.03a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 12-50935  JPC  Judge: JACQUELINE P. COX | Trustee Name: R. SCOTT ALSTERDA |
| Case Name: | WHITE, TERRENCE M. | Date Filed (f) or Converted (c): 12/31/12 (f) |
| | CAVAZOS, CHERIE C. | 341(a) Meeting Date: 02/21/13 |
| | | Claims Bar Date: 07/29/13 |

/s/  R. SCOTT ALSTERDA
_____  Date: 12/01/14
R. SCOTT ALSTERDA

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-50935 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | WHITE, TERRENCE M. | | Bank Name: | ASSOCIATED BANK |
| | CAVAZOS, CHERIE C. | | Account Number / CD #: | *******9909 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8398 | | | |
| For Period Ending: | 12/01/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/09/13 | 13 | William J White Estate | Proceeds from probate estate | 1129-000 | 12,740.37 | | 12,740.37 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.44 | 12,726.93 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.31 | 12,708.62 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.89 | 12,689.73 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.87 | 12,670.86 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.23 | 12,652.63 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.81 | 12,633.82 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.18 | 12,615.64 |
| 02/10/14 | 030001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond #016026455 | 2300-000 | | 10.22 | 12,605.42 |
| 11/17/14 | 030002 | R. Scott Alsterda as Trustee 70 West Madison Street, Suite 3500 Chicago, IL 60602 | Trustee Compensation | 2100-000 | | 2,024.04 | 10,581.38 |
| 11/17/14 | 030003 | Alan D. Lasko Alan D. Lasko & Associates, PC 29 S. LaSalle Street Suite 1240 Chicago, IL 60603 | Accountant for Trustee Expenses (Ot | 3410-000 | | 472.40 | 10,108.98 |
| 11/17/14 | 030004 | Alan D. Lasko Alan D. Lasko & Associates, PC 29 S. LaSalle Street Suite 1240 Chicago, IL 60603 | Accountant for Trustee Expenses (Ot | 3420-000 | | 0.43 | 10,108.55 |
| 11/17/14 | 030005 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,699.50 | 8,409.05 |
| | | | Page Subtotals | | 12,740.37 | 4,331.32 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-50935 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | WHITE, TERRENCE M. | | Bank Name: | ASSOCIATED BANK |
| | CAVAZOS, CHERIE C. | | Account Number / CD #: | *******9909 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8398 | | | |
| For Period Ending: | 12/01/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/17/14 | 030006 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 7.24 | 8,401.81 |
| 11/17/14 | 030007 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 23.90504% | 7100-000 | | 1,847.96 | 6,553.85 |
| 11/17/14 | 030008 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Claim 000002, Payment 23.90503% | 7100-000 | | 3,372.01 | 3,181.84 |
| 11/17/14 | 030009 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 23.90492% | 7100-000 | | 672.89 | 2,508.95 |
| 11/17/14 | 030010 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 23.90394% | 7100-000 | | 60.52 | 2,448.43 |
| 11/17/14 | 030011 | Portfolio Recovery Associates, LLC<br>Capital One, NA (HSBC Bank Nevada NA)<br>by PRA Receivables Mgmt, LLC, agent<br>P.O. Box 41067<br>Norfolk, VA 23541 | Claim 000006, Payment 23.90499% | 7100-000 | | 2,448.43 | 0.00 |

Page Subtotals 0.00 8,409.05

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-50935 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | WHITE, TERRENCE M. | | Bank Name: | ASSOCIATED BANK |
| | CAVAZOS, CHERIE C. | | Account Number / CD #: | *******9909 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8398 | | | |
| For Period Ending: | 12/01/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,740.37 | 12,740.37 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 12,740.37 | 12,740.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 12,740.37 | 12,740.37 | |

TOTAL - ALL ACCOUNTS      NET DEPOSITS     NET DISBURSEMENTS     ACCOUNT BALANCE

Checking Account (Non-Interest Earn - ********9909)     12,740.37     12,740.37     0.00

------------------------ ------------------------ ------------------------

12,740.37     12,740.37     0.00

============== ============== ==============

(Excludes Account Transfers)     (Excludes Payments To Debtors)     Total Funds On Hand

Page Subtotals     0.00     0.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*